IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH TAYLOR : | |
| : | |
| v. : | CIVIL ACTION NO. 16-1218 |
| : | |
| COMHAR, INC. : | |

**ORDER**

This 30th day of August, 2021, upon consideration of Defendant's Motion to Dismiss (ECF 29) and Relator's Opposition thereto (ECF 30), it is **ORDERED** that Defendant's motion is **GRANTED**. Relator's complaint is **DISMISSED** without prejudice to relator's right to file an amended complaint within twenty-one (21) days.

    /s/ Gerald Austin McHugh
United States District Judge