IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH TAYLOR | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-1218 |
| | : | |
| COMHAR, INC. | : | |

## ORDER

This 11th day of January, 2022, it is hereby **ORDERED** that Defendant's Motion to Dismiss Relator's Amended Complaint (ECF 35) is **GRANTED**. Relator's Amended Complaint is **DISMISSED** with prejudice.

/s/ Gerald Austin McHugh
United States District Judge